**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:14-cr-00018-HDM-VPC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| JAMES E. BRYANT, | ) | |
| Defendant. | ) | |

Before the court is defendant James E. Bryant's petition for relief under 28 U.S.C. § 2255 filed on September 21, 2015 (#83).

On March 12, 2014, an indictment was issued charging defendant with failure to register as a sex offender, in violation of 18 U.S.C. § 2250(a) (#1). Defendant pled guilty to the offense pursuant to a plea agreement with the government. ##22, 23. On February 25, 2015, defendant was sentenced to be imprisoned for a total term of twenty-one months with credit for time served. ##41, 42.

On March 11, 2015, the defendant filed a petition for relief under 28 U.S.C. § 2255 (#43). Following a response from the government and a reply from defendant, the court denied defendant's motion on June 9, 2015 (#60). Defendant appealed the court's order,

1 and on September 25, 2015, the Ninth Circuit denied defendant a
2 certificate of appealability (#85).
3    Pursuant to 28 U.S.C. § 2255, a federal inmate may move to vacate,
4 set aside, or correct his sentence if: (1) the sentence was imposed
5 in violation of the Constitution or laws of the United States; (2) the
6 court was without jurisdiction to impose the sentence; (3) the
7 sentence was in excess of the maximum authorized by law; or (4) the
8 sentence is otherwise subject to collateral attack.  28 U.S.C.
9 § 2255(a).  Where the defendant has previously filed a § 2255
10 petition, a second or successive § 2255 petition cannot be considered
11 by the district court absent a certificate from the Court of Appeals
12 authorizing it to do so.  28 U.S.C. § 2255(h); 28 U.S.C. § 2244;
13 *United States v. Washington*, 653 F.3d 1057, 1065 (9th Cir. 2011).
14    As defendant has previously filed a § 2255, the instant motion
15 is a second or successive petition. Accordingly, as the Ninth Circuit
16 has not authorized the filing of a second or successive § 2255
17 petition in this case, the court is without jurisdiction to consider
18 it and the motion (#83) is therefore **DENIED.**
19    IT IS SO ORDERED.
20    DATED: This 15th day of October, 2015.

*[signature: Howard D. McKibben]*
UNITED STATES DISTRICT JUDGE